UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James M.Hart,

        Plaintiff,        Civil No. 07-30 (RHK/JSM)

vs.        **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Aurora Loan Services, Inc., Wachovia
Mortgage Corporation, parent company or
purchaser of First Union Mortgage
Corporation,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  January 5, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge